UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 08-20309-2

UNITED STATES OF AMERICA,

-V-

GERETHA LEE,

_____/

ORDER CANCELLING BOND AND SETTING REPORTING DATE

The defendant having been convicted on October 6, 2008, the defendant having orally moved for 30 days to report and the Government having no objection; therefore

IT IS ORDERED that the defendant report to the U.S. Marshal for the Southern District of Indiana in Indianapolis, Indiana on Thursday, November 6, 2008 by 2:00 p.m.

IT IS FURTHER ORDERED that the defendant's bond be cancelled upon her surrender to the U.S. Marshal.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: November 3, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 3, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager